UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PATRICK LANE,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF PRISONS, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-01525-CDB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE <u>AS MODIFIED</u><br><br>(Doc. 13)<br><br>**60-DAY DEADLINE**<br><br><u>Clerk of the Court to Serve Screening Order (Doc. 10) on Plaintiff</u> |

### Background

Ryan Patrick Lane ("Plaintiff"), a federal prisoner proceeding pro se and *in forma pauperis*, initiated this action with the filing of a complaint on November 10, 2025.  (Doc. 1).  The Court issued the first screening order on February 17, 2026, granting Plaintiff leave to file either an amended complaint, a notice of his intent to stand on the complaint as screened (subject to a recommendation of dismissal for lack of subject matter jurisdiction), or a notice of voluntary dismissal. (Doc. 10).  After Plaintiff failed to respond by the applicable deadline, the Court issued an order to show cause in writing why sanctions should not be imposed for Plaintiff's failure to obey a court order.  (Doc. 12).

Pending before the Court is Plaintiff's request for a 120-day extension of time to respond

1

to the Court's order to show cause. (Doc. 13).

**Discussion**

In brief, Plaintiff seeks an extension of the deadline due to issues related to his mental health, his "legal paperwork and medical records … hav[ing] been 'misplaced' and 'lost,'" and his being in the SHU and pending redesignation. *See id.*

The Court finds good cause to grant a modified continuance of 60 days. In the event circumstances arise that require an additional extension at the close of 60 days from the date of service of this order, Plaintiff may file a second request to extend time, setting forth good cause therein. Additionally, Plaintiff repeats in his filing his request for appointment of counsel. *See id.* Plaintiff's request for appointment of counsel will be denied for the same reasons set forth in the Court's previous denial of his requests for appointment of counsel. *See* (Doc. 8).

As Plaintiff represents that he is without his legal documents, as a one-time courtesy only, the Court will direct the Clerk of the Court to serve upon Plaintiff with this order a copy of the first screening order (Doc. 10).

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED:

1. Plaintiff's motion for an extension of time to respond to the Court's order to show cause (Doc. 13) is GRANTED as modified;

2. Plaintiff SHALL file, **no later than 60 days after service of this order**, one of the following: (a) his first amended complaint; (b) a notice of his intent to stand on the original complaint as screened (subject to a recommendation of dismissal for lack of subject matter jurisdiction); or (c) a notice of voluntary dismissal;

3. The Clerk of the Court is directed to serve with this order a copy of the first screening order (Doc. 10).

///

///

///

///

2

**Any failure by Plaintiff to timely comply with this order will result in the recommendation that this action be dismissed for lack of subject matter jurisdiction and Plaintiff's failure to obey a court order.**

IT IS SO ORDERED.

Dated:   **April 28, 2026**   _____

UNITED STATES MAGISTRATE JUDGE

3