UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RYAN PATRICK LANE,

Plaintiff,

v.

BUREAU OF PRISONS, *et al.*,

Defendants.

Case No. 1:25-cv-01525-CDB (PC)

ORDER DISCHARGING ORDER TO SHOW CAUSE AND DENYING MOTION TO APPOINT COUNSEL

(Docs. 12, 18)

Ryan Patrick Lane ("Plaintiff"), a federal prisoner proceeding pro se and *in forma pauperis*, initiated this action with the filing of a complaint on November 10, 2025. (Doc. 1).

The Court issued the first screening order of Plaintiff's complaint on February 17, 2026, granting Plaintiff leave to file either an amended complaint, a notice of his intent to stand on the complaint as screened (subject to a recommendation of dismissal for lack of subject matter jurisdiction), or a notice of voluntary dismissal. (Doc. 10). After Plaintiff failed to respond by the applicable deadline, the Court issued an order to show cause in writing why sanctions should not be imposed for Plaintiff's failure to obey a court order. (Doc. 12). On April 29, 2026, the Court granted Plaintiff's motion (Doc. 13) for an extension of time to respond to the Court's order, extending the deadline by 60 days. (Doc. 14). On July 2, 2026, the Court granted Plaintiff's second motion (Doc. 16) to extend time, extending the deadline by another 60 days. (Doc. 17).

On July 18, 2026, Plaintiff filed a document titled "change of address notification," wherein he includes a request for appointment of counsel. (Doc. 18). On July 20, 2026, Plaintiff filed his

first amended complaint and a document titled "order to state facts [and] response to [miscellaneous relief] request." (Doc. 19).

As Plaintiff has filed a first amended complaint in response to the Court's first screening order (Doc. 10), the Court finds good cause to discharge the order to show cause (Doc. 12).

Additionally, Plaintiff's request for appointment of counsel (Doc. 18) will again be denied for the same reasons set forth in the Court's previous denial of his requests for appointment of counsel. *See* (Doc. 8).

The Court has received Plaintiff's first amended complaint and it will be screened in due course, as required by 28 U.S.C. § 1915A(a).

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that, for good cause appearing, the order to show cause (Doc. 12) issued on March 30, 2026, is DISCHARGED without imposition of sanctions.

And it is FURTHER ORDERED that Plaintiff's request for appointment of counsel (Doc. 18) is DENIED.

IT IS SO ORDERED.

Dated: **July 22, 2026**

UNITED STATES MAGISTRATE JUDGE