UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RYAN PATRICK LANE,

Plaintiff,

v.

BUREAU OF PRISONS, *et al.*,

Defendants.

Case No. 1:25-cv-01525-CDB (PC)

ORDER GRANTING REQUEST TO DESIGNATE MAIL AS SPECIAL MAIL

(Doc. 22)

Clerk of the Court to Include Special Mail Designation on All Mail Sent to Plaintiff

Ryan Patrick Lane ("Plaintiff"), a federal prisoner proceeding pro se and *in forma pauperis*, initiated this action with the filing of a complaint on November 10, 2025. (Doc. 1).

The Court issued the first screening order of Plaintiff's complaint on February 17, 2026, granting Plaintiff leave to file either an amended complaint, a notice of his intent to stand on the complaint as screened (subject to a recommendation of dismissal for lack of subject matter jurisdiction), or a notice of voluntary dismissal. (Doc. 10). On July 20, 2026, Plaintiff filed his first amended complaint. (Doc. 19).

On August 10, 2026, Plaintiff filed an untitled document (Doc. 22) in which he makes allegations similar to those he has made in prior filings. *See, e.g.*, (Docs. 16, 20). Plaintiff also includes a request that the Court designate incoming mail as "Only Open in the Presence of the Inmate." Plaintiff states that the Court's last correspondence was missing two pages and "staff are [making] jokes about what's being written in my claim and next it'll be retribution …" (Doc. 22 at 7).

Based on Plaintiff's assertions in his recent filing, the Court will direct the Clerk of the Court to include the language "SPECIAL MAIL—OPEN ONLY IN THE PRESENCE OF THE INMATE" on all future mail sent from this Court. *See* 28 C.F.R. § 540.18.

**Conclusion and Order**

For the foregoing reasons, it is HEREBY ORDERED that the Clerk of the Court shall include the language "SPECIAL MAIL—OPEN ONLY IN THE PRESENCE OF THE INMATE" on all mail sent from this Court to Plaintiff.

IT IS SO ORDERED.

Dated: **August 21, 2026**

UNITED STATES MAGISTRATE JUDGE